```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION


TERRENCE LEE WOGAN AND
HEATHER LEE WILKES                                      PLAINTIFFS

VS.                       CIVIL ACTION NO.: 3:24-CV-431-TSL-RPM

CITY OF RIDGELAND, MISSISSIPPI;
OFFICERS APRIL ROSE; HUNTER
BRIDGES; BEN JOHNSON, AND
SUPERVISOR JOHN DOE                                     DEFENDANTS
```

ORDER

This cause is before the court on a motion by plaintiffs Terrence Lee Wogan and Heather Lee Wilkes for sanctions. The motion is patently without merit on its face, and therefore, it is ordered that the motion is denied.

SO ORDERED this 23rd day of October, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE